UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                      :

                                                      Misc. Civil Case No. _____

                                                      :

In Re Subpoena to Loeb & Loeb LLP     :    Underlying Action pending in the United
                                                           States District Court for the Southern District
                                                     :    of New York, XXIII Capital Limited v.
                                                           Decade, S.A.C., LLC et. al, Case No. 1:17-
                                                           cv-06910 (GHW)

**<u>NOTICE OF MOTION</u>**

------------------------------------- X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Keith W. Miller dated May 8, 2019, Aaron Goodwin, Regina Goodwin, and Eric Goodwin (collectively, the "Goodwins"), will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an Order Compelling Compliance with Subpoena to Loeb & Loeb LLP ("Loeb"), pursuant to FRCP 45. The Goodwins hereby certify that the parties have met and conferred in good faith via telephone and e-mail in compliance with FRCP 37(a)(1) regarding the relief sought in this motion, and counsel for Loeb has not agreed to the relief sought herein.

| | |
|---|---|
| Dated: New York, New York.<br>May 8, 2019 | Respectfully submitted,<br><br>PERKINS COIE LLP<br><br>By: */s/ Keith W. Miller*<br>    Keith W. Miller<br>    Gary Eisenberg<br>    Adam R. Mandelsberg<br>    Perkins Coie LLP<br>    30 Rockefeller Plaza, 22th Floor<br>    New York, NY  10112-0085<br><br>    *Attorneys for Aaron Goodwin, Regina Goodwin, and Eric Goodwin* |