# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
Aaron Goodwin, Regina Goodwin, and Eric Goodwin

**DEFENDANTS**
Loeb & Loeb LLP

**Attorney's** (Firm Name, Address, and Telephone Number)
Perkins Coie LLP
30 Rockefeller Center, 22nd Floor
New York, NY 100112

**Attorneys (If Known)**

**DESCRIPTION OF CASE**
Motion to Compel Compliance with Subpoena Issued Under Rule 45

**Has this or a similar case been previously filed in SDNY ?**

No? [ ]   Yes? [✓]   Judge Previously Assigned  G.H. Woods

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [✓]   Yes [ ]

If yes, give date  Sept. 12, 2017   & Case No.  1:17-cv-06910

**NATURE OF CASE**

- [✓] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)

- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____

DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:

JUDGE  V. E. Caproni            MISCELLANEOUS CASE NUMBER  1:19-mc-00233-VEC

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Aaron, Regina and Eric Goodwin; c/o Perkins Coie LLP, 30 Rockefeller Plz, NY, NY 10112; NY County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Loeb & Loeb LLP; 345 Park Ave, NY, NY 10154; NY County

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

CHECK ONE: AT LEAST ONE PARTY IS PRO SE    No ✓    Yes ☐
CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐    MANHATTAN ✓

DATE         SIGNATURE OF ATTORNEY OF RECORD            ADMITTED TO PRACTICE IN THIS DISTRICT
5/8/19       /s/ Keith W. Miller                        ☐ U.S. GOVERNMENT ATTORNEY
                                                        ☐ NO
                                                        ✓ YES (DATE ADMITTED MO. 5    YR. 1991 )
RECEIPT #                                               ATTORNEY BAR CODE # KM6926

Ruby J. Krajick, Clerk of Court,                        Dated

by Rev. 04/2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Subpoena to Loeb & Loeb LLP | Misc. Civil Case No. _____ <br><br> Underlying Action pending in the United States District Court for the Southern District of New York, XXIII Capital Limited v. Decade, S.A.C., LLC et. al, Case No. 1:17-cv-06910 (GHW) |

## CLAIM OF RELATED MISCELLANEOUS PROCEEDING

I, Keith W. Miller, am a partner at the firm of Perkins Coie LLP, counsel of record for Aaron Goodwin, Regina Goodwin, and Eric Goodwin (collectively, the "Goodwins"). I hereby claim that this case is related to a miscellaneous proceeding in the Southern District of New York, *In re Subpoena to Gordon Rees Scully Mansukhani LLP*, 19-mc-00233-VEC (the "Gordon Rees Matter"). Both this proceeding and the Gordon Rees Matter relate to subpoenas *duces tecum* served by the Goodwins in connection with a complaint for declaratory relief filed by David W. Carickhoff, as chapter 7 trustee for the Decade Entities (as defined in the accompanying memorandum of law), in the adversary proceeding styled *Carickhoff v. Goodwin*, Adv. Proc. No. 1:19-50095 (CSS) (Del. Bankr.).

Dated this 8th day of May, 2019.

*/s/ Keith W. Miller*
Keith W. Miller

144343347.2